Thomas J. Coleman, Jr. (SBN: 145663)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048
323-782-4521
323-782-4806 FAX

Attorney for Petitioner

*FILED
CLERK, U.S. DISTRICT COURT
DEC - 8 2009
12-8-09
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, West, Inc., <br><br> Petitioner, <br><br> vs. <br><br> Film Engine Productions, Inc., <br><br> Respondent. | CASE NO.: CV 09-1080 DDP (CTx) <br><br> [~~PROPOSED~~] JUDGMENT <br><br> DATE: March 16, 2009 <br> TIME: 10:00 a.m. <br> CTRM: 3 (Spring Street) <br><br> HONORABLE DEAN D. PREGERSON |

Pursuant to the to the Court's Order dated March 13, 2009 granting Petitioner's Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Arbitrator's Opinion and Award ("Award") signed by Thomas Christopher, the sole neutral Arbitrator, on March 27, 2008 is confirmed in all respects.

2. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre the balance of MBA minimum compensation for the First Draft screenplay in the amount of Twenty-One Thousand Two-Hundred Seven Dollars ($21,207.00) plus interest, which began to accrue on August 21, 2005, and continues

to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

3. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre contributions to the Writers' Guild-Industry Health Fund ("Health Fund") and the Producers-Writers Guild of America Pension Plan ("Pension Plan") on the aggregate compensation paid and owed to Alexandre for the First Draft screenplay ($39,957.00), in the amount of Five Thousand Seven-Hundred Ninety-Three Dollars ($5,793.00), plus interest, which began to accrue on August 21, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

4. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre late payment interest of Two-Hundred Eighteen Dollars ($218.00) on the $6,250.00 paid 71 days after delivery of the First Draft screenplay; this interest accrued at the rate of one and one-half percent (1.5%) per month from August 21, 2005 through October 31, 2005.

5. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre the balance of MBA minimum compensation for the Guaranteed Rewrite in the amount of Thirteen Thousand, Seven Hundred and Twenty Dollars ($13,720.00) plus interest, which began to accrue on September 22, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

6. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre Pension Plan and Health Fund contributions on the aggregate compensation paid and owed to Alexandre for the Guaranteed Rewrite ($19,970.00), in the amount of Two Thousand, Eight Hundred and Ninety-Five Dollars ($2,895.00), plus interest, which began to accrue on September 22, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

W:\Compensation cases\CO06030\PTC\FINAL PTC [Proposed] Judgment.doc

7. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre late payment interest of One Hundred and Fifty-One Dollars ($151.00) on the $6,250.00 paid 49 days after delivery of the First Rewrite; the interest accrued at the rate of one and one-half percent (1.5%) per month from September 22, 2005 through November 10, 2005.

8. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre the balance of MBA minimum compensation for the Second Rewrite in the amount of Twenty Thousand, Three Hundred and Eighty-Nine Dollars ($20,389.00) plus interest, which began to accrue on October 15, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

9. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre Pension Plan and Health Fund contributions on the aggregate compensation paid and owed to Alexandre for the Second Rewrite ($26,639.00), in the amount of Three Thousand, Eight Hundred and Sixty-Two Dollars ($3,862.00), plus interest, which began to accrue on October 15, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

10. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre MBA minimum compensation for the Third Rewrite in the amount of Twenty-Six Thousand, Six Hundred and Thirty-Nine Dollars ($26,639.00) plus interest, which began to accrue on November 5, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

11. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre Pension Plan and Health Fund contributions on the compensation owed to Alexandre for the Third Rewrite ($26,639.00), in the amount of Three Thousand, Eight Hundred and Sixty-Two Dollars ($3,862.00), plus interest, which

began to accrue on November 5, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

12. Film Engine Productions, Inc. is ordered to pay to pay to the WGAW on behalf of Joseph Alexandre MBA minimum compensation for the Fourth Rewrite in the amount of Twenty-Seven Thousand, Four Hundred and Thirty-Eight Dollars ($27,438.00) plus interest, which began to accrue on February 11, 2006, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

13. Film Engine Productions, Inc. is ordered to pay to the WGAW on behalf of Joseph Alexandre Pension Plan and Health Fund contributions on the compensation owed to Alexandre for the Fourth Rewrite ($27,438.00), in the amount of Three Thousand, Nine Hundred and Seventy-Eight Dollars ($3,978.00), plus interest, which began to accrue on February 11, 2006, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

14. Film Engine Productions, Inc. is ordered to pay to the WGAW its half share of the Arbitrator's fee, in the amount of Two Thousand, Two Hundred and Sixty-Seven Dollars ($2,267.00).

15. Film Engine Productions, Inc. is ordered to pay to the WGAW costs and attorney's fees in the amount of $1,850.00.

Dated: 12-8-09

_____
United States District Judge

W:\Compensation cases\CO06030\PTC\FINAL PTC [Proposed] Judgment.doc