1  Jennifer Hughes (SBN CA 211581)
   jhughes@hughesmedialaw.com
2  LAW OFFICES OF JENNIFER HUGHES
   499 N. Canon Drive, Suite 400
3  Beverly Hills, California 90210
   Telephone: (310) 887-7030                                   CLOSED
4  Facsimile: (877) 839-8878

5  Attorney for Judgment Creditor
   JOSEPH ALEXANDRE
6

7                      UNITED STATES DISTRICT COURT

8                     CENTRAL DISTRICT OF CALIFORNIA

9

10 | WRITER'S GUILD OF AMERICA,            | Case No. CV 09-01080 DDP (CTx)
   | WEST, INC.,                           |
11 |                                       | **AMENDED JUDGMENT**
   |                  Petitioner,          |
12 | vs.                                   | **DATE: March 16, 2009**
   |                                       | **TIME: 10:00 a.m.**
13 | FILM ENGINE PRODUCTIONS, INC.;        | **CTRM: 3 (Spring Street)**
   | ROULETTE ENTERTAINMENT, LLC,          |
14 |                                       | **HONORABLE DEAN D.**
   |                  Respondents.         | **PREGERSON**
15
16
17

18         Pursuant to the to the Court's Order dated March 13, 2009 granting Petitioner's

19  Motion, as subsequently amended by the Court's Order dated October 18, 2010

20  granting Judgment Creditor Joseph Alexandre's Motion to Amend the Judgment to

21  Add Roulette Entertainment, LLC as a Judgment Debtor (Film Engine Productions,

22  Inc. and Roulette Entertainment, LLC are referred to hereinbelow, jointly and

23  severally, as "Respondents"),

24         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be

25  entered in this proceeding as follows:

26         1.     The Arbitrator's Opinion and Award ("Award") signed by Thomas

27  Christopher, the sole neutral Arbitrator, on March 27, 2008 is confirmed in all

28  respects.

                                              1

2. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre the balance of MBA minimum compensation for the First Draft screenplay in the amount of Twenty-One Thousand Two-Hundred Seven Dollars ($21,207.00) plus interest, which began to accrue on August 21, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

3. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre contributions to the Writers' Guild-Industry Health Fund ("Health Fund") and the Producers-Writers Guild of America Pension Plan ("Pension Plan") on the aggregate compensation paid and owed to Alexandre for the First Draft screenplay ($39,957.00), in the amount of Five Thousand Seven-Hundred Ninety-Three Dollars ($5,793.00), plus interest, which began to accrue on August 21, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

4. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre late payment interest of Two-Hundred Eighteen Dollars ($218.00) on the $6,250.00 paid 71 days after delivery of the First Draft screenplay; this interest accrued at the rate of one and one-half percent (1.5%) per month from August 21, 2005 through October 31, 2005.

5. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre the balance of MBA minimum compensation for the Guaranteed Rewrite in the amount of Thirteen Thousand, Seven Hundred and Twenty Dollars ($13,720.00) plus interest, which began to accrue on September 22, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

6. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre Pension Plan and Health Fund contributions on the aggregate compensation paid and owed to Alexandre for the Guaranteed Rewrite ($19,970.00), in the amount of Two Thousand, Eight Hundred and Ninety-Five Dollars ($2,895.00),

2

2:09-CV-01080-DDP-CT
Writers Guild of America, West, Inc. v. Film Engine Productions, Inc.

AMENDED JUDGMENT

plus interest, which began to accrue on September 22, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

7. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre late payment interest of One Hundred and Fifty-One Dollars ($151.00) on the $6,250.00 paid 49 days after delivery of the First Rewrite; the interest accrued at the rate of one and one-half percent (1.5%) per month from September 22, 2005 through November 10, 2005.

8. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre the balance of MBA minimum compensation for the Second Rewrite in the amount of Twenty Thousand, Three Hundred and Eighty-Nine Dollars ($20,389.00) plus interest, which began to accrue on October 15, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

9. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre Pension Plan and Health Fund contributions on the aggregate compensation paid and owed to Alexandre for the Second Rewrite ($26,639.00), in the amount of Three Thousand, Eight Hundred and Sixty-Two Dollars ($3,862.00), plus interest, which began to accrue on October 15, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

10. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre MBA minimum compensation for the Third Rewrite in the amount of Twenty-Six Thousand, Six Hundred and Thirty-Nine Dollars ($26,639.00) plus interest, which began to accrue on November 5, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

11. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre Pension Plan and Health Fund contributions on the compensation owed to Alexandre for the Third Rewrite ($26,639.00), in the amount of Three Thousand, Eight Hundred and Sixty-Two Dollars ($3,862.00), plus interest, which began to

3

2:09-CV-01080-DDP -CT
Writers Guild of America, West, Inc. v. Film Engine Productions, Inc.

**AMENDED JUDGMENT**

accrue on November 5, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

12. Respondents are ordered to pay to pay to the WGAW on behalf of Joseph Alexandre MBA minimum compensation for the Fourth Rewrite in the amount of Twenty-Seven Thousand, Four Hundred and Thirty-Eight Dollars ($27,438.00) plus interest, which began to accrue on February 11, 2006, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

13. Respondents are ordered to pay to the WGAW on behalf of Joseph Alexandre Pension Plan and Health Fund contributions on the compensation owed to Alexandre for the Fourth Rewrite ($27,438.00), in the amount of Three Thousand, Nine Hundred and Seventy-Eight Dollars ($3,978.00), plus interest, which began to accrue on February 11, 2006, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

14. Respondents are ordered to pay to the WGAW its half share of the Arbitrator's fee, in the amount of Two Thousand, Two Hundred and Sixty-Seven Dollars ($2,267.00).

15. Respondents are ordered to pay to the WGAW costs and attorney's fees in the amount of $1,850.00.

IT IS SO ORDERED.

Dated: _October 26, 2010

Hon. Dean D. Pregerson
United States District Judge